UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | |
| WILLIAM T. HOOVER | NO.: 3:11-cr-00100-BAJ-SCR |

### RULING AND ORDER

Before the Court is Petitioner's **MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY (Doc. 30),** as amended by Petitioner's supplemental supporting memorandum, (Doc. 41). The Magistrate Judge has issued a **REPORT (Doc. 43)** recommending that Petitioner's motion be denied, (*id.* at p. 11). Petitioner filed timely objections to the Magistrate Judge's Report. (Doc. 44).

Having independently considered Petitioner's § 2255 Motion (Doc. 30) and related filings—including Petitioner's supplemental supporting memorandum and objections—the Court **APPROVES** the Magistrate Judge's **REPORT (Doc. 43),** and **ADOPTS** it as the Court's opinion herein.

Accordingly,

**IT IS ORDERED** that Petitioner's § 2255 Motion (Doc. 30) is **DENIED** for the reasons explained in the Magistrate Judge's Report (Doc. 43).

**IT IS FURTHER ORDERED** that Petitioner's request "that an evidentiary hearing take place to address the additional issues argued within Mr. Hoover['s] habeas motion" (Doc. 44 at p. 1) is **DENIED** because "the files and records of the

case conclusively show that the prisoner is entitled to no relief." 28 U.S.C. § 2255(b).

**IT IS FURTHER ORDERED** that Petitioner's request for a certificate of appealability (Doc. 44 at p. 1) is **DENIED** because Petitioner has failed to "ma[ke] a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).

Baton Rouge, Louisiana, this 6th day of January, 2014.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA